UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN E. HAYDEN | CIVIL ACTION NO. 5:25-cv-01355 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WEBSTER PARISH SHERIFF JASON PARKER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AND HEATHER BOUCHER IN HER INDIVIDUAL AND OFFICIAL CAPACITIES | MAGISTRATE JUDGE HORNSBY |

# ORDER

Considering the Motion to Require Plaintiff to File a Rule 7(a) Reply under *Schultea v. Wood* and Motion to Stay Discovery filed on behalf of Defendants Webster Parish Sheriff Jason Parker and Heather Boucher,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said Motion be and is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff Steven Hayden file a Reply under Federal Rule of Civil Procedure 7(a) that is tailored to specifically address the defendants' assertion of qualified immunity no later than __14__ days after the date of this Order. Plaintiff's Rule 7(a) Reply must allege with particularity all material facts on which Plaintiff contends he will establish his right to recovery, which includes detailed facts supporting the contention that the plea of qualified immunity cannot be sustained. In the Rule 7(a) Reply, Plaintiff should allege facts focusing specifically on the conduct of each individual defendant in question which, if proven would demonstrate that the particular defendant violated a clearly established constitutional right. *See Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995) (*en banc*).

IT IS FURTHER ORDERED that discovery in this matter is STAYED until further order from the Court.

THUS DONE AND SIGNED on this 17th day of November, 2025, in Shreveport, Louisiana.

_____
UNITED STATES DISTRICT JUDGE